UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**FILED**
APR 30 2010
STEPHEN R. LUDWIG, Clerk
U.S DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Robert L. Davis, )
PLAINTIFF )
[Type or print your name on the line above] )
Asst. )
Chief M. V. Heckman )
Burns Harbor Police Dept. )
DEFENDANT )
[Type or print only the name of the first )
person you are suing. List everyone you )
are suing on page 2.] )

Cause No. 2 10 CV 180
[Leave this blank, the clerk will supply the cause number when your case is received.]

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF [You are the plaintiff in this lawsuit. Neatly print or type your information below.]

1. Robert   Lewis   Davis   0454042
   Name: First   Middle   Last   Offender Number

2. Where are you being held: Porter County Jail,
   [name the prison or jail where you are incarcerated]

3. What is the address: 2755 South State Road 49
   Valparaiso, Indiana 46383

4. Did the things that you are suing about happen in the place listed above:

   ☒ YES, it happened here in the same facility I am being held at today.

   ☐ NO, it happened at _____.

5. Did the things that you are now suing about, happen:   Some yes

   ☒ before you were confined, or   Some- En Route To Confinement
   ☒ when you were confined awaiting trial, or   yes- Same
   ☐ after conviction while confined serving a sentence.

B. DEFENDANT(S) How many defendants are you suing: __6__

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, <u>number</u> them.]

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|
| 1 | Jerry L. Price | Police Chief - Burns Harbor IN | 1240 N. Boo RD, Burns Harbor, IN 46304 |
| 2 | M. Heckman | Asst. Chief - Burns Harbor IN | " " " " 46304 |
| 3 | David E. Lain | County Sheriff - Porter County Sheriff | 2755 S. St. RD 49, Valparaiso, IN 46383 |
| 4 | John Widup | Jail Warden - Porter County Jail | " " " " |
| 5 | Kim House | Medical Director - Porter County Jail | " " " " |
| 6 | C. Barnes | Police Officer - Burns Harbor IN | 1240 N. Boo RD, Burns Harbor, IN 46304 |

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☒ YES           ☐ NO

B. If yes, did you file a grievance about the things you are suing about?

☒ YES [Attach the response from the final step of the grievance process.]

☐ NO [Explain why you did not file a grievance.] Find Copies of Grievances Attached

ATTN: URGENT Grievance -

## Porter County Jail
### Inmate Request /Grievance

Print Name: Robert Davis                   Date: 12/23/09
Housing Location: A-6                      Number 0454042

***There will be no response to frivolous, absurd or repeated requests.

Check only one item per slip
- ☐ Classification      ☐ Programs              ☐ Commissary
- ☒ Grievance           ☐ Religious Services    ☐ Outdates
- ☐ See Supervisor      ☐ Other

Describe (Use second request form if more space is needed)

I File This Inmate Grievance Because I'm Being Groundlessly - And Illegally held Incarcerated in Porter County Jail - I was Arrested And Transported From Burns Harbor To Porter County Jail - And I had Not - And Still haven't Committed Any Criminal offense - I was Charged wrongly Because michael Tesmer another detainee/inmate Said - To Burns Harbor Policeman (Arresting ofc) that some paraphanelia was mines I Said it wasnt - He Said it was - "How is His word Better than mine"?? I Should Not Be in Jail - I've done No wrong - And therefore Request immediate Release. This is Far From Frivilous - or Absurd - please Respond. As A Matter of Legal importance. Thank you much
Robert Davis

(left margin): Initially got me locked up for Nothing - I've guilty I've done no wrong.

Received By: _____          Date: _____

-----

Answer:    ☐ Approved     ☐ Denied

We are just a holding facility.
Bring this up in court.

By: _____           Date: 12-25-9

ATTN: Warden John Widup

**Porter County Jail**
**Inmate Request/Grievance**

(C-5)

Print Name: Robert Davis   Date: 1/29/10
Housing Location: A-6   Number: 0454042

***There will be no response to frivolous, absurd or repeated requests.**

Check only one item per slip
- ☐ Classification
- ☒ Grievance *
- ☐ See Supervisor
- ☐ Programs
- ☐ Religious Services
- ☐ Other
- ☐ Commissary
- ☐ Outdates

Describe (Use second request form if more space is needed)

SIR- For the last 4 evening medication calls - officers - NOT Nurses have been dispensing detainee medication - Now either I have been misinformed or you have 33. I was told that certian officers were trained by Nursing to pass out medication - NOT TRUE - A blatent LIE - Each officer who "Tried" to give me medication - had NO Pharmacology - E.M.T. - Paramedic - or Nursing training - NOT ONE could tell me what A pill was for; what the Name of A pill was (OR) what it would do to my body. Someone thinks Life is a Real Joke, when its NOT. I Almost Died here Last month due to you peoples mistakes - I value my life, if these people (officers) Are NOT trained then why would any sane Administration Allow them to toy with individuals Lives - I need to see someone in Authority who isn't Bitter OR Hateful - for childish reasons.

Received By: MF   J-38   Date: 01-30-10

Answer: ☐ Approved   ☐ Denied

You have been MISINFORMED

By: ____   Date: 2/1

ATTN: CapTiN TaYloR

Porter County Jail
Inmate Request /Grievance

Print Name: RobeRT Davis   Date: 12/25/09
Housing Location: A-6   Number 0454042

***There will be no response to frivolous, absurd or repeated requests.

Check only one item per slip
☐ Classification   ☐ Programs   ☐ Commissary
☐ Grievance   ☐ Religious Services   ☐ Outdates
☐ See Supervisor   ☐ Other

Describe (Use second request form if more space is needed)

CapTiN TaYloR- SiR; I hate To distuRB You - So much; - BuT - AS I have NoT oNE SciNTillia oF Cash - To PuRchase Commissary Items - I'm foRced To Ask - FoR- whaT I "uRGENTly" Need; - IF AT All - Possible - Please - LET ME have A maNilla LEGal - Pouch - OR Folder; open & close - (OR) pocket FoldeR

Received By: _____   PXB Date: 12/25

---

Answer:   ☐ Approved   ☒ Denied

_____
_____
_____

By: GL Mdd   Date: 12/26

Nurse Prattioner
R.N. - Kim House
Medical Director

**Porter County Jail**
**Medical Request Form**

Date: 3/23/10   Inmate Name: Robert Davis

Date of Birth: 10/23/56   Pod: A-6

Service Requested:
- ☐ Doctor Visit
- ☐ Dentist Visit
- ☐ Nurse Visit
- ☐ Other
- ☒ Discontinue meds. as of April 2010

Reason I Wish To Be Seen: (Please Explain): To be concise.. Whatever the blood pressure medicine is -- that I've recently been prescribed -- that particular medicine does not work "at all". Vocally I've tried to express and even explain that - therefore, its fruitless to take it - and still experience hyper sensory reactions - painful headaches daily / dizziness. I simply do NOT wish that perscription to be refilled please. Note - I have no funds to see - whoever that Dr. I saw before is - so - a Dr. is unnecessary.

Signature is required. This acknowledges charges of the above requests.

Results of Request:

Meds will be supplied / no charge ??
You need to stay on them.

Med Staff Signature: K Hansen RN

Date: 3/29/10

Why - all the charges at first ???

Warden John Widup

[margin note: officers passing out medicine - killing inmates]

**Porter County Jail**
**Inmate Request /Grievance**

Print Name: Robert Davis          Date: 1/14/10
Housing Location: A-6             Number 0454042

***There will be no response to frivolous, absurd or repeated requests.

Check only one item per slip
- ☐ Classification    ☐ Programs            ☐ Commissary
- ☒ Grievance         ☐ Religious Services  ☐ Outdates
- ☐ See Supervisor    ☐ Other

PLEASE RESPOND!

Describe (Use second request form if more space is needed)
SIR IT Appears that some of your subordinate officers Are-Erroneously-Passing out medications - In Fact playing with Human Lives! "I personally practically died "lost my life" And was Hospitalized 4 days About medication improperly monitored and issued. The officers Are Not Paramedrs. E.M.T. Nurse Assistance - They do Not Know the medications of the Physicians Desk Reference - don't Know C.P.R. or even the Heilmech manauver yet they Are capable to Dispense medication - I Ask you to look into And cease this practice I do Not wish to Die- or have my life played with By medically uneducated individuals-this is serious!

Received By: MF J-38                     Date: 01-17-10

Answer:    ☐ Approved    ☐ Denied

Some of our officers have Been Trained on Med Pass

By: [signature]                  Date: _____

ATTN: Captain Taylor

Porter County Jail
Inmate Request /Grievance

Print Name: Robert Davis   Date: 12/28/09
Housing Location: A-6   Number 0454042

***There will be no response to frivolous, absurd or repeated requests.

Check only one item per slip
☐ Classification    ☐ Programs            ☐ Commissary
☐ Grievance         ☐ Religious Services  ☐ Outdates
☐ See Supervisor    ☐ Other

Describe  (Use second request form if more space is needed)
Captain Taylor Sir - I tried to write you a request and apparently it was intercepted by someone else. I however - wrote. Asking/Requesting. if you would please give me a manilla envelope - or folder; for important paperwork. I - have absolutely no money with which to purchace aforementioned items on the Commissary - Kindly Assist me - if possible. Thank you
Robert Davis

Received By: MF J·38   Date: 12-28-09

Answer:   ☐ Approved   ☑ Denied

The only items made available to indigent inmates are the regular envelopes.

By: Sgt Jordan J36   Date: 12/28/09

ATTN: KIM HOUSE H.N.
Medical Director

**Porter County Jail**
*Medical Request Form*

Date: 3/11/10   Inmate Name: DAVIS, ROBERT

Date of Birth: 10/23/56   Pod: A-6

Service Requested: a Possible Solution ??
- ☐ Doctor Visit
- ☐ Dentist Visit
- ☐ Nurse Visit
- ☒ Other

? Questionable - IF I NEED TO BE SEEN ??
Reason I Wish To Be Seen: (Please Explain): Two Things - I have NO intentions of being Irate-or Bothersome - At ALL - I've made mention three times - to the Nurses passing out med$ that "my prescribed Blood Pressure med$ are not working - "why?" I'm unsure, - ?? I do know, I have hyper sensory Reactions - Headaches Regular - & Severe Dizzing spells - And - Clearly I have NO Desire to Be Seen - or- Gazed at By the Bearded omish/Amish Guy!" I told him 3 months ago - I Need to See a pediatrist - Due to ingrown Toenails & Severe Fungal - he Told me to Soak my feet & use cream - he did Not cut Any ingrown Toenails - (I did have to pay) And the Foot Soaker Tub was Taken By ofc-fran - Because I washed a pair of my underwear in it During the Day - "However" - The Twofold problem I have is unfortunately - my Blood Pressure And Severe ingrown Toenails - The only Reason I Wish Not to see the Bearded Gentlemen is Because I'm A Realist - & He - Is incapable of Rendering any Solution - I Sure, He can only estate - Any Real Medical problem By impersonating A Dr - I'm open to Any suggesting And/or Realistic Solutions. At minimal expense. Thank you For your Time ~

Med Staff Signature: 

Date: 3/11/10  K House RN

You were treated medically. You failed to follow instructions and your tub was removed

Robert L Davis

CAPTIN TAYLOR

\* DO NOT intercept
This is FOR Capt Taylor

Opening Legal Mail Consensually

Porter County Jail
Inmate Request /Grievance

Print Name: **Robert Davis**     Date: 1/27/10
Housing Location: A-6     Number 0454642

\*\*\*There will be no response to frivolous, absurd or repeated requests.

Filed

Check only one item per slip
- ☒ Classification
- ☒ Grievance
- ☐ See Supervisor
- ☐ Programs
- ☐ Religious Services
- ☐ Other
- ☐ Commissary
- ☐ Outdates

COPIES

Describe (Use second request form if more space is needed)

Captin Taylor Sir "IF" possible I need Legal Paperwork Copied - A.S.A.P. AND I Never Recieved my Yellow Sheet Response From you - From 1/25/10 - I'd Filed A Grievance About (Legal mail being opened) I did Speak with you - However, I need my Response copy please

Received By: JJ     Date: 1/27

---

Answer: ☐ Approved    ☐ Denied

I explained to you, ours of our envelope was Rip Before we recieved it — NO MORE COPIES

By: [signature]     Date: 1/28

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. Number your paragraphs.

1. Paragraph #1 Police Chief Jerry L. Price And Asst Chief M Heckman were in Supervisory Positions And in Support of Illegalities Committed By OFC C. Barnes. Asst Chief M Heckman was Present Throughout And Again Police Chief Jerry Price was not only their Supervising Superior He Also Did Nothing To Halt Change (or) Stop their Illegal And unconstitutional Criminal Behavior of 12/12/09 in Burns Harbor Indiana. I Beleive my Rights were Violated And that I became the Victim of A Hate Crime, Deleberate Indifference, Misuse of Authority, Kidnap & Racially Dischminatory Practices Due To Arresting Officer C. Barnes Groundlessly, without Warrant (or) Legal Cause Arresting me. Kidnapping me AT Gun Point, Against my will By Force. I had Nothing Illegal In my Pockets or on my Person Following A Thorough Search. And Instead of being Immediately Released "because I'm Black" And was in Burns Harbor I was (Am) Illegally detained by this OFC. C Barnes Then Later Arrested And Confined on Purely "Hear Say" Evidence, Which is Illegal, unacceptable, And Inadmissable in Indiana Circuit Court. However, With no other Reason besides my being "Non-Caucasian" And Because "Someone" "Said" Some Paraphenelia was Mine. Paraphenelia That OFC C Barnes And Asst CHIEF Heckman Retreived Out of Another Arrested individuals Vechicle I was Arrested. The Said Vechicle, Not being Mines And having Absolutely Nothing Criminal or Illegal in my Pockets or on my Person, I Contend That This was A Groundless Illegal Arrest. I Contend That because not one Black Man, Not one Black Woman Works For Burns Harbor Police Dept And Because I Am A Black Man that Police Chief Jerry Price Allowed Asst Chief M Heckman And Officer C. Barnes To Misuse Police Authority Under Color of State Law.

Cont.) - Causes of Action (Cont- Paragraph 2)

Inside of Porter County Jail I'm Subjected to Unfair, Inhumane, Discriminatory Treatment Again the Victim of Deleberate Indifference; Denial of Due Process, misuse of Authority, Cruel & Unusual Punishment, Being Mal-Nourshied-Under Fed-Given An Improper Dietary Supplement; having Been Charged For Booking-"Paying $25.00" To Come To Jail- "A Cost" To Enter A Jail (imagine that)- having To Pay A Fee To See A Nurse or A Doctor; A Charge For Any Medical Concerns- while detained incarcerated AS Words of the State; While being Treated less Than A Dog Being Called the N word with regularity- "Coons", "Spades", Boys (at 54-yrs of age)-ect.. With Common Shoulder Shrugging-Tolerance. I Contend in Furtherance That- Sheriff David E Lain & Warden John Widup Are Forcefully Confining Individuals, Illegally by Forcing 3 & 4 men To be Squeezed- housed In An Intended- Two Man Living Unit,- Forcing detainees To Sleep on Floors; I've had To Sleep on Floors Underneath Toilets. It's Illegal. I Contend That Under Sheriff David E Lain & Warden John Widup,- I'm being Housed inside A Jail UNFIT For Human Habitation. This Jail is Literally, Physically & Constructurally Sinking into the Ground, Falling Apart. The Ceilings Leak Like An Indoor Rain Fall. And All During December, January And Feburary 2010 There was And Is No Heating At All. It's Freezing And These Are Intolerable, InHuman Conditions The Funds Federally Granted To Construct This Jail Were Stolen (or) never used- Someone Received A Huge Political Kickback Under The "Ole Boy Network" This Jail is Shabilly Constructed with Cheap SubStandard Construction Materials The Jail is Crumbling as I write- It's Falling Apart. Over 1/2 of This Jail Goes unused And We detainees/inmates are Fed Like Birds. Under Fed While being Forced To Pay Booking Fees, Medical Fees, ect.. It's "Extortion" A "Sham" Coloso Hoax on Government Funding. Someone Scrimped on An Originally-intended Budget Which The Allocated Federal Funds To build Porter County Jail Were Cleverly Pocketed or Stolen, At The Now Expense of Safety; Health, & Well being of those Stolen From, Civilization- kidnapped & Ficticiously Charged Warrantlessly Arrested, Detainees/inmates That Are Forced To Reside here Prior To and After Trial. Which "Again" is A Huge Economic Hoax, A Cruel, Heartless Joke on The Lives of The less Fortunate who Are Forced To Live here. Subjected To These Nazi-Germany Guestapo Tactics These 1807 Slave Plantation Victimization; The Constant Taunting & Endless Racial Slurs & Vile Names For the Jokes & Fun of This All Caucassan Sheriffs Staff Inside This All Caucassan Porter County Jail Staff It's "Demonic; Evil & Heartless. All of This is Deleberate indifference; Denial of Due Process, Discriminatory Racism, Cruel & Unusual Punishment & The Continuing Support of An On Going "HATE Crime" Obviously Taking Place and Allowed To Go on- by AforeMentioned Defendants; Burns Harbor Police Chief Jerry Price; Burns Harbor Asst Chief M. Heckman, Burns Harbor Police Ofc. C/Barnes,- Porter County Sheriff-David E Lain,- Porter County Jail Warden John Widup..

(ParaGraph (# 3)) The 6th And Final defendant Ms Kim House R.N. Nurse Practitioner & Medical Director Here inside Porter County Jail And is Herein Named In This Lawsuit As a Result of Allowing The Continuing Medical MalPractice; Denial of Prompt and Adequate Medical Attention

Cont - (Causes of Action (Brief #3))
& Dangerous Illegal Practices of Allowing Medications To be Passed Out by UnTrained Personel who have No Idea What The Medication Even is or What it does To You (or) For you; First of All, Federal Funds Are Allocated for inmates/detainees and OtherWise "Wards of The State" To have Any And All Medical Concerns Provided for And Professionally Met. And detainees Here inside Porter County Jail are Forced To Pay $15.00 To be Seen by a Nurse. - With An Additional $15.00 To be Seen - (If) Necessary - by a Doctor (or) Dentist All While incarcerated inside Porter County Jail. I Contend That if the Federal Government Allocates Funds To Feed, Clothe And House your body; And To Provide For Medical Requirements of These Confined & Arrested (or) detained inmates Then "Why" ?? Are Inmates/detainees Being Simoul- -taneously Extorted Out of Additional Monies (or) Made To Pay Again For any Medical Care while incarcerated IF The Government Quaterly Allocates Funding Per- Body - "Per Jail" To Provide Those needs?? Why Must There be Two Seprate Payments For Services inmates STill Never Receive ?? However I Bring Suit Against Medical Director Kim House R.N. Because I was Forced To Pay $90.00 IN Nurse Visits - Doctor Screenings & Medicine Fees - "All" While Im A Ward of The State??- Second- -Ly I have High Blood Pressure, And Had A STroke - & Mild Heart ATTack While Confined in Porter County Jail; There Are EXISTING Medical Records-Hospital & Chart Records - Along With Video Camera Surveillance To Verify These Facts As True. I'd Complained ConstantLy about my High Blood Pressure & Constant Weight loss (Improper-diet)-dizziness, Chronic headaches With Routine Regularity - Only - To be Ignored. I was Then Given Wrong Medications & Treated As Some Guinea - Pig (or) Test Pet Due To being Forced To ingest The Wrong Medications. Because inside Porter County Jail Under Kim House R.N. Medical Directorship "Officers" having Taken No PharmaCology, No E.M.T. Classes - No Paramedic or Nursing Assistant classes Having No Knowledge of The P.D.R., The Heimneck Manuever, (or) C.P.R. - Not Knowing What a Pill is (or) What it Does?? Not knowing a Blister From a Compound Fracture "Are Allowed To Pass Out Medications To the UnForTunaTe Detainee/inmates And yet - Should An Inmate Refuse said medication For "Fear of his LiFe" he is Then Placed in Disiplinary Segregation ("The Hole") Punished- because he Ref- -uses To Take or ingest Any Pill (or) Pills That The Person handing it To him has No knowledge of What it is!, I Personally Almost Died, LosT my LiFe As A Res- -ult of This Medical Negligence & These UnconstiTutional Illegal Practices Const- -ITution misuse of Authority, Medical Malpractice, Denial of Prompt And Ade- -Quate Medical Attention - This Reckless disregard For Human LiFe And Highly Questionable ??? - As To weather Near Death Occurances were Actually mistakes or Not ??

*Attached- Please Find Copies of Initial Grievances (and denials)*

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☒ NO   ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form <u>cannot</u> restore good time, expunge your record or get you released from custody. For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.**

1. I First Ask Relief of immediate Release; Freedom From This Tainted, Illegal, Discriminatory Groundless incarceration. 2) Since I can never retrieve any Second, minute, hour, Day, Week, or Month of my Life, I Ask Relief in Monotary Damages For Cruel and unusual Punishment, deleberate indifference, denial of due Process, denial of Prompt, Adequate and Fair Medical Attention. For Kidnapping me & Victimizing me with this continual "On Going" "HATE CRIME". I ask For Punitive damages of Five hundred Thousand Dollars ($500,000.00) And Declatory Relief of Same. An Additional Five hundred thousand Dollars ($500,000.00) 3) Since my Sanity, Mental Health, Safety and Well being have been held in the Perils of Racist Mockery & Judicial unbalance, and I was Subjected To This "Malicious Prosecutorial HATE CRIME" I Ask Relief of Monotary Damages in the Amount of Five hundred Thousand Dollars ($500,000.00) 4) Because of This Deliberate indifference, denial of due Process, Cruel & unusual Punishment, Misuse of Authority Under Color of State Law, inhumane Treatment, Biased, unFair Discriminatory Judicial Practices of An All Caucasian Jury, Wrong-

5

see Following Page "Cont". Relief Sought !

(Cont) - pg 5 - V Relief Sought)

-ful Arrest & Containment, having broken not one law, being Kidnapped and Held against my Will by Force. These Racist Practices & severe mental stress & anguish. The Forced intolerable Human Suffering And degratory mis--treatment. I ASK Relief of Monetary Damages, declatory Relief of one Million Dollars ($1,000,000.00) And Punative Damages of An Additional one-Million Dollars ($1,000,000.00). (5) For being forced to live housed subhumanly in constant fear of my Life, my health, my safety - by-Residing in Poorly half constructed, sinking, Leaky Roof. Non Heated Buildings, Forced to sleep on Floors; underneath Toilets with 4 men "Sardined"- Scrunched into Living Quarters intended for 2 men upon design & Construction. For being the Butt of Repeated Racial slurs, Name Calling - Constant Harassment & Torment & Pratical Starvation of being malnourished with An improper dietary supple--ment. I Ask for monetary damages: Declatory Relief of one Million Dollars ($1,000,000.00) And punative damages of one million Dollars ($1,000,000.00) (6) - For Practices unprofessional, unbecoming of Any American Law Enforcement Agency - of Persons serving under Color of State Law !! For having Arrested me because of the Color of my skin when I'd Committed No Crime I Ask For punative damages of Two Million Dollars ($2,000,000.00) And declatory Relief of Two Million Dollars ($2,000,000.00) As well - To Compensate me Somewhat For the Hort--endous wrongs - I've Suffered through- due to the Constitutional violations And disregaurd for my human/Civil Rights.

In Closing- Your Honor; Officers of the Court, It is Clearly no mystery How the Blood Can Yet be Hacked From ones Soul While the Very Core of A Human Spirit is Tormented And Undeniably, Utterly, dispicabally-disrespected & shattered Even in 2010. These Type of Atrocities were Carried out for 570 Years & 24 Generations of men & Women of African decent. Yet unredressed. Eroding & destroying the Hearts & minds & Souls & resolves of millions of innocent Human Beings. Now Here Lays Comparable; Like Circumstances - Tho-Varied in Nature. Exact & Precise in heart. It is not Proper, Fair (or) Just. It is Now Time We "Judicially" bring about the Total destruction of The Willie Lynch Syndrome And Kly Klutz Klan Brand of Justice And Replace it with equality & Justice with a modicum of Fair Play - Where Yet Lays A Montage of Simmering; Sinister, deplorable, demonic Evil. unfairness a Quote From Dr King Says "Injustice. Anywhere is A Threat to Justice. Everywhere." Please let's not Turn any Blind Eyes About what Reality is (or) What we Want it to be!! Stuck Yet in the Catacousmic Ball & Chains of "Simply Put." Non-Illusionary innumerable Constitutional & Civil Illegalities; I Seek Relief !!

*Cause(s) of Action with Supporting Facts (continued)*

Perpatrating "Deliberate indifference"; Denial of Due Process- No Miranda- And Deg-atory- Discriminatory Racist, Kidnap and Hate Crime "on Going" And This is cruel And unusual Punishment. (Paragraph #②) I Am Suing Porter County Sheriff David E Lain because he is The Boss & Supervisor of Porter County Sheriffs Dept. And Chief Executive of Porter County Jail "Where I'm being Illegally heald, detained & caged Like Some beast having Committed No Crimes What so Ever To be Here. I Contend That Sheriff David E Lain & Warden John Widup Not only Support The on Going "Hate Crime" being Forced upon me. They Also Are Party To And Support The Kidnap And Illegal Arrest Which Groundlessly Placed Me inside of Their Custody And their Supreamly Racist Discriminatory Facility. We Must First Understand That; Just Like Burns Harbor Police Dept is All Caucassian- And "Again" Not one Black Man (or) Black Woman Works There- This Entire Porter County Sheriffs Dept is "ALSO" "All" Caucassian- And- "Again" Not one Black Man (or) Woman Works For (or) At- This Porter County Sheriffs Dept. In Furtherance I'm Now BEing Continually, Illegally detained- Incarcerated- under "Kidnap" Heald. under The "on Going" Process of This "HATE CRIME" Against ME INSIDE Porter County Jail. "Once Again" (Ironically) - Exactly "Like Burns Harbor Police Dept- And Porter County Sheriffs Dept- Porter County Jail Too"- is All Caucassian- Not one Black man (or) Woman Works- At;-In(or) For All of Porter County Jail. Therefore These Constant Racially Discriminatory- degrading Hateful Practices Are Allowed And Even Supported & Encouraged To Continue. It's Evident "First" because I haven't Broke The Law; & I haven't been released. I was kidnapped; Abducted Groundlessly without Warrant Arrested Illegally at Gun Point- Initiating This Continual "HATE Crime". Sheriff David E. Lain & Warden John Widup- Both Earlier Named def-endants Supervise & Control both The Operations of Porter County Sheriffs Dept & Porter County Jail. I Positively believe, This in Nature- is A Very Racially Disc--riminatory-detainment- & Arrest- Under Ficticious Charges,- Begining in Burns-Harbor- Trading me To Porter County Sheriffs Dept- & Encaging me Inside Porter County Jail A Hostile Racist County Jail- An Administration Exercising Racially Exclusionary Practices To Victimize These Illegally Kidnapped And Confined Men And Women of Color." "Never" Was I ever issued Any Miranda-" There is No Mention of It in Any Phony Police Report

## VI. VERIFICATION AND SIGNATURE

## Initial Each Statement and Sign at the Bottom

*RLD* I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

*RLD* I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

*RLD* In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

*RLD* I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) <u>with</u> a copy of my <u>prison trust fund account statement</u> for the six months preceding the filing of this case.

*RLD* I agree to promptly notify the clerk of any change of address.

*RLD* I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

*RLD* I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this 9th day of April, 2010.

_____
Your Signature

Mail all of these papers to:   Hammond Division Clerk's Office
                               5400 Federal Plaza
                               Hammond, IN 46320

6